AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| GERSON EMIR CUADRA SOTO a/k/a "EL ALCON" a/k/a "FANTASMA" | ) ) ) ) ) | Case No. 4:25MJ3267 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 20, 2025__ in the county of __Hall__ in the
_____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1325 | Illegal entry into the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Wellington H. Molina, Special Agent, FBI
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __12/5/2025__

_____
Judge's signature

City and state: __Lincoln, Nebraska__        Jacqueline M. DeLuca, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wellington H. Molina (Affiant), after being duly sworn, hereby state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Affiant makes this Affidavit in support of an application for a criminal complaint GERSON EMIR CUADRA SOTO a/k/a "EL ALCON" a/k/a "FANTASMA", Hispanic male, Honduran National, date of birth of July 6, 1992, hereafter "CUADRA SOTO", for violations of 8 U.S.C § 1325 illegal entry into the United States.

2. Affiant is a Special Agent for the Federal Bureau of Investigation (FBI) and has been so employed since May of 2016. Affiant is currently assigned to the FBI Houston Division and has been since June 20, 2025. Prior to joining the FBI, Affiant was a United States Border Patrol Agent from November 2010 until May 2016. During his time as a law enforcement officer, he has participated in numerous investigations of violent crimes, including murders, robberies, shootings, and racketeering organizations engaged in violent crime and drug trafficking and, among other things, has conducted and participated in surveillance, and the execution of search warrants on physical premises, vehicles, and electronic devices. Among other racketeering enterprises, Affiant has participated in multiple investigations of matters involving the transnational criminal organization known as La Mara Salvatrucha, or more commonly known as MS-13. As an FBI Agent, Affiant's primary responsibilities are enforcing federal laws as set forth in United States Code, including the above-mentioned violations pertaining to this affidavit. Affiant is a "federal law enforcement officer" under Federal Rule of Criminal Procedure 41.

3. Affiant has conducted numerous federal investigations of criminal enterprises and individual criminal activity and has testified before federal grand juries numerous times

concerning a wide variety of federal criminal violations. Affiant has conducted numerous debriefings of defendants, witnesses, informants, and other persons concerning the aforementioned and related violations.

4. Affiant is currently one of the case agents in a joint FBI-led investigation with the assistance of DHS/ USBP, DEA, HSI, ATF, and BOP, as part of Joint Task Force Vulcan (JTFV) which targets, among other priorities, the leadership of MS-13 worldwide. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, Affiant has not included each and every fact known to law enforcement concerning the investigation. Affiant has set forth only those facts that are necessary to establish probable cause.

## RELEVANT STATUTES

5. 8 U.S.C. § 1325 makes it unlawful for any individual to enter or attempts to enter the United States at any time or place other than as designated by immigration officers, or (2) eludes examination or inspection by immigration officers, or (3) attempts to enter or obtains entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact. Anyone who, for the first commission of any such offense, shall be fined under title 18 or imprisoned not more than 6 months, or both, and, for a subsequent commission of any such offense, be fined under title 18, or imprisoned not more than 2 years, or both.

## FACTS SUPPORTING PROBABLE CAUSE

6. Your Affiant obtained and reviewed official United States Immigration records, Honduran law enforcement records, Source of Information (SOI) material, and Confidential Human Source (CHS) information pertaining to **CUADRA SOTO**. In general, based on my review of those materials, I know that **CUADRA SOTO** is a recognized leader within MS-13, a

recently designated foreign terrorist organization, illegally in the United States, and a fugitive from Honduras who has been charged in Honduras for his alleged participation in a quadruple homicide. Specifically, based on surveillance video, police reports, and witness interviews, **CUADRA SOTO** was part of a professional assassination squad who murdered four individuals on the morning of July 14, 2022 in Tegucigalpa, Honduras.

7. CUADRA SOTO was quickly charged with violations related to firearms and was pending additional charges concerning his involvement in the quadruple homicide. However, just four days later, on approximately July 18, 2022, I know based on information provided by a Source of Information ("SOI-1"),[1] that **CUADRA SOTO** along with two co-defendants were released from jail. SOI-1 stated, in substance and in part, that **CUADRA SOTO** and his co-defendants paid government officials a bribe of 5 million Honduran Lempiras (approximately $125,000 dollars) in order to secure their release from pre-trial detention. SOI-1 further told the FBI that CUADRA SOTO has subsequently fled Honduras, in November 2022, and illegally crossed the United States border between Mexico and Texas. A records check revealed CUADRA SOTO had never applied for or been granted permission to enter the United States.

8. In November 2025, an FBI Confidential Human Source ("CHS-1") provided information pertaining to the FBI regarding **CUADRA SOTO**.[2] Specifically, CHS-1 told the FBI that CUADRA SOTO had fled Honduras to avoid prosecution and was located in Nebraska.

---

[1] SOI-1 contacted the FBI to provide information regarding Cuadra Soto. SOI is a concerned citizen with direct access to Cuadra Soto and who wishes to ensure that this individual is not permitted to remain in the United States. The information provided by SOI-1 has been reliable and corroborated by other evidence in this investigation.

[2] CHS has no prior criminal history and is cooperating with the FBI by providing information in exchange for financial compensation.

On November 20, 2025, FBI conducted surveillance at an address in the vicinity of Grand Island, Nebraska (the "Address").  The Address was linked to **CUADRA SOTO** pursuant to multiple open-source records.  Later that same afternoon, FBI surveillance teams confirmed **CUADRA SOTO's** presence at the Apartment through surveillance photographs.  In addition, the FBI surveillance team conducted records checks on the vehicle license plate associated with **CUADRA SOTO**, which confirmed registration under his name to the Address.

9. Further investigation identified a driver's license issued to **CUADRA SOTO** in California. A thumbprint was obtained from the California Department of Motor Vehicles ("DMV"), which thumbprint was obtained by the DMV when the driver's license was issued. The FBI conducted a fingerprint analysis and discovered that the fingerprint provided by the DMV was a match with the fingerprint for **CUADRA SOTO** provided by Honduran law enforcement to the FBI.

10. As part of this investigation, I and other law enforcement officers have conducted a comprehensive review of the documentation received from Honduran law enforcement and United States immigration authorities to ascertain whether **CUADRA SOTO** traveled to the United States with a visa or through an alternative travel authorization. The findings revealed that no records pertaining to **CUADRA SOTO** were found, consistent with the information provided by SOI-1 and CHS-1.

## CONCLUSION

11. Based on Affiant's training and experience, Affiant's participation in this investigation, and the information set forth above, probable cause exists for a criminal complaint and arrest warrant for **GERSON EMIR CUADRA SOTO**, fully identified herein, for a violation of 8 U.S.C § 1325, which prohibits the improper entry of aliens into the United States.

Respectfully submitted,

_____
Wellington H. Molina
Special Agent
Federal Bureau of Investigation

Sworn to before me by reliable electronic means.

12/5/2025  _____
Date        Jacqueline M. DeLuca
            United States Magistrate Judge