IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:25MJ3267 |
| vs. | |
| GERSON EMIR CUADRA SOTO, | ORDER AND JUDGMENT |
| Defendant. | |

The Court granted Defendant Gerson Emir Cuadra Soto's motion to dismiss (Filing No. 13). Accordingly, for the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED that Defendant is discharged of the one count charged in the Complaint and the Complaint is dismissed without prejudice.

Dated this 16th day of January, 2026.

BY THE COURT:

*/s/ deluca*
Jacqueline M. DeLuca
United States Magistrate Judge

1